# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TROY ELISHA COPELAND

NO. 2019 KW 1001

**OCT 28 2019**

---

In Re:     Troy Elisha Copeland, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 17-FELN-035479.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**   Relator failed to include a copy of the bill of information, the transcript of the guilty plea, and any other portions of the district court record that might establish a factual basis for the guilty plea and support the claim raised in the application for postconviction relief.   Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7, 4-5(C)(8) & 4-9.   In the event relator elects to file a new application with this court, the application shall be filed on or before January 2, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_Renée L Reed_

DEPUTY CLERK OF COURT
FOR THE COURT